IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

WILLIAM BATEMAN                                                                    PLAINTIFF

VS.                                                CIVIL ACTION NO. 3:06cv527 HTW-LRA

AMERICAN AIRLINES, AMERICAN
EAGLE AIRLINES, GAT AIRLINE GROUND
SUPPORT, INC.  and JOHN DOE 1-10                                          DEFENDANTS

## FINAL JUDGMENT

THIS MATTER was tried before a jury from April 28, 2008 through May 5, 2008.  The

jury consisted of five men and three women.  At the conclusion of the trial, the jury completed

the Form of the Verdict provided by the Court and answered the following questions in Step I:

1.  Was the Defendant American Airlines, Inc. negligent?              ___✓__ Yes     _____ No

2.  Was the Defendant American Eagle Airlines, Inc. negligent?     ___✓__ Yes     _____ No

3.  Was the Defendant GAT Airline Ground Support, Inc. negligent? _____ Yes     __✓__ No

In Step II of the Form of the Verdict, the Jury stated:

"We, the jury, find for the plaintiff against American Airlines, Inc."

"We, the jury, find for the plaintiff against American Eagle Airlines, Inc."

The jury awarded the following damages in Step II:

___$207.50___          Damage to personal property, i.e., plaintiff's wheelchair (as against only

American Airlines and American Eagle).

_____$0_____          Pain and suffering; emotional distress.

__$2,335.43___          Cost of Alaskan Cruise.

1

In Step III of the Form of the Verdict, the jury allocated percentages of fault as follows:

  10%   Plaintiff William Bateman

  21%   Defendant American Airlines, Inc.

  21%   Defendant American Eagle Airlines, Inc.

  0%   Defendant GAT Airline Ground Support, Inc.

  48%   Non-Party Participants:   McGehee, Esq.

100%

In Step IV of the Form of the Verdict, the jury was asked to consider the issue of gross negligence. The jury was specifically asked whether any of the following Defendants were grossly negligent and it responded:

Defendant American Airlines, Inc.  \_\_\_\_\_ Yes  ✓ No

Defendant American Eagle Airlines, Inc.  \_\_\_\_\_ Yes  ✓ No

In light of the total judgment amount of $2,542.93 and forty-two percent (42%) of the fault being allocated to American Airlines, Inc. and American Eagle Airlines, Inc., judgment is hereby rendered against American Airlines, Inc. and American Eagle Airlines, Inc. in the amount of $1,068.03, with interest accruing at the federal rate for judgments as provided for in 28 U.S.C. § 1961(a) from of entry of this judgment, until full payment is made. Additionally, judgment in favor of GAT Airline Ground Support, Inc. is rendered. Costs are assessed to the Defendants, American Airlines, Inc. and American Eagle Airlines, Inc.

THIS the 29th of May, 2008.

     s/ HENRY T. WINGATE
     CHIEF UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

**s/Staci B. O'Neal**

_____

Staci B. O'Neal, Esq.
O'NEAL LAW FIRM
**COUNSEL FOR PLAINTIFF**

**s/ H. Wesley Williams, III**

_____

GREGORY M. PALMER
RUMBERGER, KIRK & CALDWELL

H. Wesley Williams, III. - MSB #9320
MARKOW WALKER, P.A.
**COUNSEL FOR AMERICAN AIRLINES, INC. AND AMERICAN EAGLE AIRLINES, INC.**

**s/ Anthony M. Hoffman**

_____

Anthony M. Hoffman, Esq.
Zieman, Speegle, Jackson & Hoffman
**COUNSEL FOR GAT AIRLINE GROUND SUPPORT**


CIVIL ACTION NO. 3:06cv527 HTW-LRA
Final Judgment